UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
*****************************************
                              *
JOHN DOE,                     *
            Plaintiff         *    C. A. No.
                              *    11 CA 10372 JLT
v.                            *
                              *
CHRISTIAN C. GREGORY,         *    JURY TRIAL DEMANDED
            Defendant         *
                              *
*****************************************
```

# COMPLAINT

*JUDGE Collings*

## PARTIES

1. Plaintiff is an individual having an usual place of residence in the State of Vermont who brings this action in the name JOHN DOE ("JOHN"), and is identified in a separate Affidavit which will be served upon the defendant.

2. Defendant CHRISTIAN GREGORY is an individual with an usual place of residence in the District of Columbia.

## JURISDICTION & VENUE

3. The Court has jurisdiction over this action pursuant to 28 U.S.C. 1332, in that plaintiff is a citizen of the State of Vermont, the defendant is a citizen of the District of Columbia, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4. The Court has jurisdiction over the defendant under Massachusetts General Laws, Chapter 223A, §3, in that the defendant, at all relevant times, caused tortious injury by acts and omissions in the Commonwealth of Massachusetts.

5. The venue of this action properly lies in this Court, in that the acts by which plaintiff was injured occurred in Plymouth, Massachusetts.

## FACTS COMMON TO ALL CLAIMS

6. On or about 1984-85, when the plaintiff JOHN was 10-11 years old, defendant CHRISTIAN GREGORY forcibly raped him in woods, near his home, in Plymouth, Massachusetts.

7. Defendant CHRISTIAN GREGORY, by his acts of physical and sexual assault and battery, and by his negligent and reckless acts, inflicted severe emotional distress upon the plaintiff JOHN.

8. Until the spring of 2008, plaintiff JOHN was unable to remember fully and to understand the injury and damage which defendant GREGORY had inflicted upon him by these acts.

9. As a result of these acts of the defendant CHRISTIAN GREGORY, plaintiff JOHN has been injured, requires psychological counseling and treatment, and has suffered severe and permanent emotional injury.

## FIRST CLAIM

10. Plaintiff realleges and incorporates herein the allegations contained in each and every other paragraph of this Complaint.

11. Defendant CHRISTIAN GREGORY battered the plaintiff JOHN, while he was a minor, by engaging in unlawful and non-consensual sexual conduct with him.

## SECOND CLAIM

12. Plaintiff realleges and incorporates herein the allegations contained in each and every other paragraph of this Complaint.

13. Defendant CHRISTIAN GREGORY assaulted the plaintiff JOHN, while he was a minor, by regularly and repeatedly placing him in fear that he would engage, or would attempt to engage, in unlawful and non-consensual sexual conduct with him.

### THIRD CLAIM

14. Plaintiff realleges and incorporates herein the allegations contained in each and every other paragraph of this Complaint.

15. Defendant CHRISTIAN GREGORY negligently inflicted emotional distress upon plaintiff JOHN.

### FOURTH CLAIM

16. Plaintiff realleges and incorporates herein the allegations contained in each and every other paragraph of this Complaint.

17. Defendant CHRISTIAN GREGORY intentionally inflicted emotional distress upon plaintiff JOHN.

### FIFTH CLAIM

18. Plaintiff realleges and incorporates herein the allegations contained in each and every other paragraph of this Complaint.

19. Defendant CHRISTIAN GREGORY interfered with the plaintiff JOHN's rights under the constitution and laws of the United States, and the constitution and laws of the Commonwealth of Massachusetts, and is liable to the plaintiff in accordance with G.L. c. 12, §§11H & 11I.

### RELIEF REQUESTED

Plaintiff demands judgment against the defendant on each of the CLAIMS stated, in an amount which is fair, just and adequate for the injuries and damages sustained, and

the pain and suffering endured, plus interest, costs and attorney's fees.

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL CLAIMS.**

By his Attorney,

/s/ *Carmen L. Durso*
CARMEN L. DURSO, ESQUIRE
B.B.O. # 139340
175 Federal Street, Suite 1425
Boston, MA 02110-2287
617-728-9123
February 22, 2011